# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 6933 | **DATE** | 2/12/2013 |
| **CASE TITLE** | Calvin L. Merritte (R-53322) vs. County Of Lasalle, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion to reconsider [20] is denied. The court will grant Plaintiff leave to file the amended complaint, which is already reflected in docket [9]. Plaintiff must serve this amended complaint as soon as possible on the Defendants and within 120 days of this date and service should be reflected on the docket. Plaintiff is warned that failure to properly and timely serve summons and the amended complaint on Defendants will result in a dismissal of the action and/or dismissal of that Defendant not properly served pursuant to Federal Rule of Civil Procedure 4. The initial status hearing set for February 19, 2013, is stricken and reset to June 19, 2013, at 9:00 a.m.

■[ For further details see text below.]   Docketing to mail notices.

# STATEMENT

This matter is before the court on Plaintiff Calvin Merritte's (Merritte) motion to reconsider. Merritte brought the instant action on August 28, 2012. On August 28, 2012, and on October 2, 2012, Merritte filed motions requesting that the court order the U.S. Marshal to serve the complaint for Merritte. The court denied the motions as premature since Merritte had not paid the filing fee in this case. The docket reflects that by December 11, 2012, Merritte had paid the full filing fee in this case. On December 14, 2012, the court set an initial status hearing and warned Merritte that failure to properly serve summons and complaint on Defendants would result in a dismissal of the action and/or dismissal of that Defendant not properly served pursuant to Federal Rule of Civil Procedure 4.

On December 26, 2012, Merritte mailed a letter to the Clerk of Court in which he states that he "is unaware of the process in this particular court," and that he has "absolutely no clue how to obtain information on defendants that no longer work at LaSalle County Jail." (Lett. 1). Merritte also puts forth a further question as to how to properly serve Defendants. Merritte then filed the instant motion, requesting that the court revisit his prior motions to order the U.S. Marshal to serve the complaint. Although Merritte is proceeding *pro se* and his filings are liberally construed, it is still incumbent upon Merritte as the plaintiff in

| STATEMENT |
|---|

this action to properly serve Defendants. The fact that Merritte is incarcerated does not relieve him of his obligation to serve Defendants. Even if Merritte were not incarcerated, as a party in this case, he cannot himself serve the complaint on Defendants. Fed. R. Civ. P. 4(c)(2). He must find or hire another individual to execute the service for him. Based on the above, the motion to reconsider is denied.

Merritte also requests leave to file an amended complaint. Merritte had previously moved for leave to file an amended complaint, which the court denied as premature since he had not paid the filing fee. The court will grant Merritte leave to file the amended complaint, which is already reflected in docket entry 9. Merritte must serve this amended complaint as soon as possible on the Defendants and within 120 days of this date and service should be reflected on the docket. Merritte is warned that failure to properly and timely serve summons and the amended complaint on Defendants will result in a dismissal of the action and/or dismissal of that Defendant not properly served pursuant to Federal Rule of Civil Procedure 4. The initial status hearing set for February 19, 2013, is reset to June 19, 2013, at 9:00 a.m.